FILED
12/14/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
SH

Sena BAVI                                             December 14th, 2020

[aristideoscar@yahoo.fr](mailto:aristideoscar@yahoo.fr)                                to

8154 S Clyde ave                                Honorables Judge Andrea WOOD

Chicago, IL 60617                               Magistrate Judge Sheila M. FINNEGAN

(1:cv-20-6507)

**Motion to dismiss Attorney representation application.**

Dear Honorables,

I respectfully come to ask you to **dismiss my Attorney representation motion.**

Indeed, receiving $ 3106 compensation from Department of Veteran for service connected disability and the earning of my food delivery despite of the reduction of this earning because of the severe emotional distress due to panick attack, threat of arrestation, night marre, the worse of my service connected disability, my Covid 19 infection due to City Officals include Police officers intentional negligence, I humbly ask you to dismiss or withdraw my attorney representation motion.

I choose my multiple evidence and GOD as attorney and I ask these police officers to defend themselves by presenting their material evidence because having lied by issuing me false tickets, I no longer believe in their word.

while waiting for the manifestation of justice and the reparation of the sanitary and economic damage to me caused by the City of Chicago and his Police Officer, I ask you to accept the expression of my respectful greetings

Sincerely yours.

**Sena BAVI**

US Army Disabled Veteran