Sena BAVI                           December 11th, 2020

aristideoscar@yahoo.fr                      to

8154 S Clyde ave                    Honorables Judge Andrea WOOD

Chicago, IL 60617                   Magistrate Judge Sheila M. FINNEGAN

                                    (1:cv-20-6507)

Civil lawsuit againt Two CPD Officers, Superior and the City of Chicago
121 N La Salle Street
Chicago, IL 60602

Complaint for:

- Profiled, stop, target based on race, racial discrimination, retaliation, issuance of false citation based on head and race intentionally (selective enforcement);
- Abus of power, abus of process, malicious prosecution, retaliation, moral harassment, economic harassment;
- Intentional Public Health endangerment (terrorism) by City officials include police officers;
- Intentional aggravation of Disabled health by humiliation, threat, intimidation, severe emotional distress.

**Subject**: Exibits (Tickets primary details attached below)
         Motion for summary judgement.

Dear Honorables,

I respectfully come to submit to you the City of Chicago Ticket – Primary Detail obtained on december 7, 2020 at the hearing for your appeciation as an exibit.

1



The differents police officers ID number (4855 and 18194) on the primary detail attached below with different location and time show clearly the intentional malicious prosecution or conspiracy to cover a misconduct by giving a violation ticket in night arround 00:21 AM when there are not economic activities, when the street is clear, strange thing these same police officers from the same police district leave people parked in the same location for minutes during daylight when the street is busy and the economic activity is in full swing ( i attached the evidence to my lawsuit as exibit). They choose this option because after their long conversation and arrest threat, i hear them say this guy doesnt have anything on record so the only way for them is to give me an improper citation (i have evidence that my car has plate at this moment). This evidence confirm the fact that they issue me an improper citation also by retaliation because i forced them to wear their mask (see their body camera footage).

My infection with Covid 19 after testing positif while in Emergency room on november 13, 2020 shows how much they put not only my health but also the public health in danger by non wearing their mask while approching me in my car, being a main vector of transmission of the virus. This act comparable as terrorism support the abuse of power allegation and intentional Public health endangerment by City Officials.

Considering that the City of Chicago and his Police Officers who are the guarantor of public order have violate their own law while approaching me in my car in the night of october 15, 2020, I endorse them the responsability of my Covid 19 infection but also the infection of Chicago resident who got stopped by City of Chicago Police Officers and was later tested positif for Covid 19. For this and for the contours of this new disease that Reseachers are still trying to understand the possible mutation and the stress, I seek compensatory damage and punitive damage on behalf of all Chicago resident.

2



**"Under the 5th and 14th Amendment's rights of Due Process and Equal Protection, Public health regulations used to impose such conditions can't be arbitrary, oppressive and unreasonnable".**

The City primary ticket detail which show that i should receive a first notice on october 31st, 2020 and i didn't receive it until i made the request by my self on november 03rd, 2020 and finally receive it on november 05, 2020 with the detail of location, time after filing my lawsuit on november 02nd, 2020 is material evidence of City of Chicago abuse of process in violation notice notification management for what intention only City Officials can give the answer to the Jury.

Honorables, the City hearing request after false ticket or improper citation based on race, the request of notice violation by City failure to notificate need the deplacement of the Car owner, the payment of trip, possible parking fees, a long queue in the City Department of finance hall resulting not only in physical energy loss but also the loss of money, time (time is money) and the mental stress factor. This is proof of moral and economic harrassment which has negative impact on the economic health of the already disadvantaged social layers (because most of black driver stopped in racial profiling, target are Uber driver or food delivery man like me) . The City of Chicago Police Officer should be trained adequately (Police Officer involve in racial profiling and lie to cover the misconduct should be fired).

Based on this fact, we can say that the City of Chicago through his Police Officers in biased ticket issuance system based '' on the head of each customer'' contributes to the rooting of social inequality, kind of discrimination which goes against the constitution which promises equal opportunity and treatment.

This voluntary or unvoluntary treatment to be qualified by the jury may be the source of a time delay bomb because it can create social conflicts in the future (protest march with its potential damage) slowing the development of our great City and consequently of our wonderful Country by ripple effect. This racial intentional inequality and tentative of cover up by issuing false ticket can increase the risk of suicide depending on the level of the invisible wound or injury due to intentional humiliation and arrest threat when you are alone in front of multiple Police Officer without whitness in night like me. To prevent this, I ask for the higher punishment.

Honorables, based on my multiple material evidence, i ask you humbly to proceed to the summary judgement after defendands answer the complaint and submit their material evidence include three (3) body cameras footage and the pictures of my car without plate.

Sincerely yours.

**Sena BAVI**

US Army Disabled Veteran,

Legal immigrant followed, stopped and questionned by Chicago Police Officer in the night about why i was looking at them like that in my car and what i was doing in the night without any legal and valable reason, this without wearing mask and wihout safety distance.

Attachement: Four (04).

Page 1 of 1

Rm 1

## Ticket - Primary Detail

### Issuance

| | |
|---|---|
| Ticket: | 0071757653 |
| Issued: | 10-15-2020  00:21 |
| Officer ID: | 4855 |
| Location: | 7140 S WABASH AVE |
| Rpt. District: | 001 |
| Meter: | |

### Vehicle

| | |
|---|---|
| Plate/State: | BU74699 / IL |
| Plate Type: | PAS |
| Expiration: | 11-2021 |
| Make: | HYUN |
| Color: | |
| Alt. Identifier: | KMHCT4AE3CU095507 |
| Alt. Identifier Type: | VIN |
| Corp Nbr/Type: | / |

### Payment

| | |
|---|---|
| Tot Fines/Pen/Fees: | $100.00 |
| Fines/Pen+Fees: | $100.00 |
| Total Pymts/Adj: | $0.00 / $0.00 |
| **Amount Due:** | **$100.00** |

### Email Notification

| | |
|---|---|
| Email Type: | |
| Email Last Sent: | |

### Owner

| | |
|---|---|
| Ownr/Resp Prty: | BAVI |
| First/MI: | SENA A |
| DLN/State: | / |
| Second Owner: | |
| First/MI: | |
| DLN/State: | / |
| Address: | 8154 S CLYDE AVE |
| City/State: | CHICAGO / IL |
| Zip: | 60617-1115 |
| Lessor: | |

### Control

| | |
|---|---|
| Queue/Date: | Court / 11-11-2020 |
| Notice Number: | 5229114280 |
| Last Notice Date: | 11-05-2020 *(Notice receive after request on 11/03)* |
| Notice Type: | Violation |
| Notice Date: | 10-31-2020  *I didn't receive any notice on this date (False)* |
| Next Notice Type: | Determination |
| Next Notice Date: | 11-26-2020 |
| Contest Queue: | In-Person |
| Hearing Sched/Disp: | 12-07-2020 / 12-11-2020 |
| Disposition Reason: | |

### Violation

| Number | Description | VIOL | FINL |
|---|---|---|---|
| 0964110A1 | DOUBLE PARKING/STANDING NON-CENTRAL BUSINESS DISTR | $100 | $200 |

### Viewed By:

| View On | | User Id | Name | |
|---|---|---|---|---|
| 12-07-2020 | 10:26:16 | ihaddad | Issa Haddad | *Day I went to the hearing* |
| 11-06-2020 | 15:24:26 | lcornell | Lynette Cornell | |
| 11-03-2020 | 12:29:43 | lcornell | Lynette Cornell | *Day I requested the notice after filing my lawsuit on 11/02* |

*(location: 206 East 95th str...)*

All contents © 2002-2003 City of Chicago. All Rights Reserved.

https://canvas.cityofchicago.org/CTMSWeb/servlet/AppServlet?verb=TicketPrimaryDetail...   12/7/2020

# Ticket - Primary Detail

## Issuance

| | |
|---|---|
| Ticket: | 0071754924 |
| Issued: | 10-15-2020 00:50 |
| Officer ID: | 18194 |
| Location: | 1140 S WABASH AVE |
| Rpt. District: | 001 |
| Meter: | 223 |

## Vehicle

| | |
|---|---|
| Plate/State: | BU74699 / IL |
| Plate Type: | PAS |
| Expiration: | 11-2021 |
| Make: | HYUN |
| Color: | |
| Alt. Identifier: | KMHCT4AE3CU095507 |
| Alt. Identifier Type: | VIN |
| Corp Nbr/Type: | / |

## Payment

| | |
|---|---|
| Tot Fines/Pen/Fees: | $150.00 |
| Fines/Pen+Fees: | $150.00 |
| Total Pymts/Adj: | $0.00 / $0.00 |
| Amount Due: | $150.00 |

## Email Notification

| | |
|---|---|
| Email Type: | |
| Email Last Sent: | |

## Owner

| | |
|---|---|
| Ownr/Resp Prty: | BAVI |
| First/MI: | SENA A |
| DLN/State: | / |
| Second Owner: | |
| First/MI: | |
| DLN/State: | / |
| Address: | 8154 S CLYDE AVE |
| City/State: | CHICAGO / IL |
| Zip: | 60617-1115 |
| Lessor: | |

## Control

| | |
|---|---|
| Queue/Date: | Court / 11-11-2020 |
| Notice Number: | 5229114280 |
| Last Notice Date: | 11-05-2020 |
| Notice Type: | Violation |
| Notice Date: | 10-31-2020 |
| Next Notice Type: | Determination |
| Next Notice Date: | 11-26-2020 |
| Contest Queue: | In-Person |
| Hearing Sched/Disp: | 12-07-2020 / 12-11-2020 |
| Disposition Reason: | |

## Violation

| Number | Description | VIOL | FINL |
|---|---|---|---|
| 0940060 | PARK/STAND ON BICYCLE PATH | $150 | $300 |

## Viewed By:

| View On | | User Id | Name |
|---|---|---|---|
| 12-07-2020 | 10:25:56 | ihaddad | Issa Haddad |
| 11-06-2020 | 15:23:59 | lcornell | Lynette Cornell |
| 11-03-2020 | 12:28:35 | lcornell | Lynette Cornell |

All contents © 2002-2003 City of Chicago. All Rights Reserved.

R on 1

## Ticket - Primary Detail

### Issuance

| | |
|---|---|
| Ticket: | 0071754925 |
| Issued: | 10-15-2020  00:51 |
| Officer ID: | 18194 |
| Location: | 1140 S WABASH AVE |
| Rpt. District: | 001 |
| Meter: | |

### Vehicle

| | |
|---|---|
| Plate/State: | BU74699 / IL |
| Plate Type: | PAS |
| Expiration: | 11-2021 |
| Make: | HYUN |
| Color: | |
| Alt. Identifier: | KMHCT4AE3CU095507 |
| Alt. Identifier Type: | VIN |
| Corp Nbr/Type: | / |

### Payment

| | |
|---|---|
| Tot Fines/Pen/Fees: | $60.00 |
| Fines/Pen+Fees: | $60.00 |
| Total Pymts/Adj: | $0.00 / $0.00 |
| **Amount Due:** | **$60.00** |

### Email Notification

| | |
|---|---|
| Email Type: | |
| Email Last Sent: | |

### Owner

| | |
|---|---|
| Ownr/Resp Prty: | BAVI |
| First/MI: | SENA A |
| DLN/State: | / |
| Second Owner: | |
| First/MI: | |
| DLN/State: | / |
| Address: | 8154 S CLYDE AVE |
| City/State: | CHICAGO / IL |
| Zip: | 60617-1115 |
| Lessor: | |

### Control

| | |
|---|---|
| Queue/Date: | Court / 11-11-2020 |
| Notice Number: | 5229114280 |
| Last Notice Date: | 11-05-2020 |
| Notice Type: | Violation |
| Notice Date: | 10-31-2020 |
| Next Notice Type: | Determination |
| Next Notice Date: | 11-26-2020 |
| Contest Queue: | In-Person |
| Hearing Sched/Disp: | 12-07-2020 / 12-11-2020 |
| Disposition Reason: | |

### Violation

| Number | Description | VIOL | FINL |
|---|---|---|---|
| 0976160A | MISSING/NONCOMPLIANT FRONT AND/OR REAR PLATE | $60 | $120 |

### Viewed By:

| View On | | User Id | Name |
|---|---|---|---|
| 12-07-2020 | 10:25:30 | ihaddad | Issa Haddad |
| 11-06-2020 | 15:23:30 | lcornell | Lynette Cornell |
| 11-03-2020 | 12:27:48 | lcornell | Lynette Cornell |

All contents © 2002-2003 City of Chicago. All Rights Reserved.

RECEIVED
12/7/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE CITY OF CHICAGO, ILLINOIS
DEPARTMENT OF ADMINISTRATIVE HEARINGS

1:20-CV-650

CITY OF CHICAGO, a Municipal Corporation,

Judge: Andrea R. Wood
Magistrate Judge Sheila M. Finnegan

v.

BAVI, SENA A

Ticket: 0071757653

8154 S CLYDE AVE
CHICAGO, IL 606171115
Respondent.

Plate: IL PAS BU74699

## FINDINGS, DECISIONS & ORDERS

On 10-15-2020 you were issued a violation for:

0964110A1    DOUBLE PARKING/STANDING NON-CENTRAL BUSINESS DISTR

As a defense to this ticket you have asserted that the violation is factually inconsistent. An Administrative Law Judge has reviewed all the evidence submitted, either in person or by mail, by the City of Chicago and you.

It is the finding of the Administrative Law Judge that the information submitted supports a determination that the violation did not occur.

Consequently, you are not responsible for the fine.

Additional Findings:

ENTERED:   Bernadette Freeman         090        12-07-2020
           Administrative Law Judge   #          Date

You may appeal this order to the Circuit Court of Cook County (Daley Center, 6th Floor) within 35 days of the order date by filing a civil law suit against the City of Chicago and by paying the appropriate state mandated filing fee.

IN THE CITY OF CHICAGO, ILLINOIS
DEPARTMENT OF ADMINISTRATIVE HEARINGS

CITY OF CHICAGO, a Municipal Corporation,
Petitioner.
v.

BAVI, SENA A

8154 S CLYDE AVE
CHICAGO, IL 606171115
Respondent.

Ticket: 0071754924

Plate: IL PAS BU74699

## FINDINGS, DECISIONS & ORDERS

On 10-15-2020 you were issued a violation for:

0940060    PARK/STAND ON BICYCLE PATH

As a defense to this ticket you have asserted that the violation is factually inconsistent. An Administrative Law Judge has reviewed all the evidence submitted, either in person or by mail, by the City of Chicago and you.

It is the finding of the Administrative Law Judge that the information submitted supports a determination that the violation did not occur.

Consequently, you are not responsible for the fine.

Additional Findings:

ENTERED:  Bernadette Freeman         090         12-07-2020
          Administrative Law Judge    #           Date

You may appeal this order to the Circuit Court of Cook County (Daley Center, 6th Floor) within 35 days of the order date by filing a civil law suit against the City of Chicago and by paying the appropriate state mandated filing fee.

IN THE CITY OF CHICAGO, ILLINOIS
DEPARTMENT OF ADMINISTRATIVE HEARINGS

CITY OF CHICAGO, a Municipal Corporation,
Petitioner.
v.

BAVI, SENA A

8154 S CLYDE AVE
CHICAGO, IL 606171115
Respondent.

Ticket: 0071754925

Plate: IL PAS BU74699

## FINDINGS, DECISIONS & ORDERS

On 10-15-2020 you were issued a violation for:

0976160A    MISSING/NONCOMPLIANT FRONT AND/OR REAR PLATE

As a defense to this ticket you have asserted that the violation is factually inconsistent. An Administrative Law Judge has reviewed all the evidence submitted, either in person or by mail, by the City of Chicago and you.

It is the finding of the Administrative Law Judge that the information submitted supports a determination that the violation did not occur.

Consequently, you are not responsible for the fine.

Additional Findings:

ENTERED:  Bernadette Freeman          090         12-07-2020
          Administrative Law Judge     #          Date

You may appeal this order to the Circuit Court of Cook County (Daley Center, 6th Floor) within 35 days of the order date by filing a civil law suit against the City of Chicago and by paying the appropriate state mandated filing fee.



# NOTICE OF VIOLATION
## City of Chicago Department of Finance
To Pay Your Ticket or Check the Status of Your Hearing Request Visit
www.chicago.gov/finance
312-744-7275   312-744-7277 (TTY - For Hearing Impaired)

Notice Date: **11/05/20**
Notice Number: **5229114280**

0000

MDG2017 00001493 1 AB 0419



BAVI, SENA A
8154 S CLYDE AVE
CHICAGO, IL 60617-1115



### Need More Time To Pay?
Go to www.chicago.gov/finance to enroll in an Early Payment Plan.

**YOU MUST PAY OR CONTEST BY** 

## VIOLATION(S)

| TICKET NUMBER(S) | PLATE/STATE/TYPE/ VEHICLE MAKE | LOCATION DATE & TIME | VIOLATION CODE(S) AND DESCRIPTION(S) | FINE AMOUNT(S) | TOTAL AMOUNT DUE | PAY OR CONTEST BY DATE PER TICKET |
|---|---|---|---|---|---|---|
| 0071754925 | BU74699 IL PAS 1121 HYUN | 1140 S WABASH AVE 10/15/20 00:51 | 0976160A MISSING/NONCOMPLIANT FRONT AND/OR REAR PLATE | $60 | $60.00 | 11/26/20 |
| 0071754924 | BU74699 IL PAS 1121 HYUN | 1140 S WABASH AVE 10/15/20 00:50 | 0940060 PARK/STAND ON BICYCLE PATH | $150 | $150.00 | 11/26/20 |
| 0071757653 | BU74699 IL PAS 1121 HYUN | 7140 S WABASH AVE 10/15/20 00:21 | 0964110A1 DOUBLE PARKING/STANDING NON-CENTRAL BUSINESS DISTR | $100 | $100.00 | 11/26/20 |

TOTAL FOR ALL PAGES   $310.00

**PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION, INCLUDING YOUR HEARING AND PAYMENT OPTIONS.**

VIO   01   01   001493   001494 P

---

Notice of Violation Stub       1 OF 1

BAVI, SENA A
8154 S CLYDE AVE
CHICAGO, IL 60617-1115

Notice Date: **11/05/20**
Notice Number: **5229114280**

**TOTAL AMOUNT DUE**
For Violations Listed On This Notice

**$310.00**

REFLECTS PAYMENTS AS OF:
**10/31/20**

Please fill in the PAY ALL circle if you would like to pay all of the listed tickets   PAY ALL → ○
OR
You may choose other options by filling in the circles below for each ticket:

| TICKET# | PAYMENT ENCLOSED | CONTEST BY MAIL | IN-PERSON HEARING | TICKET# | PAYMENT ENCLOSED | CONTEST BY MAIL | IN-PERSON HEARING |
|---|---|---|---|---|---|---|---|
| 0071754925 | ○ | ○ | ○ | 0071754924 | ○ | ○ | ○ |
| 0071757653 | ○ | ○ | ○ | | | | |

**TO ENSURE PROPER CREDIT, PLEASE RETURN ALL STUBS WITH YOUR PAYMENT**

Please enclose your check or money order made payable to the CITY OF CHICAGO.

5229114281100310001105 2020

07/20



# NOTIFICATION OF IN-PERSON HEARING
## City of Chicago Department of Finance
To Pay Your Ticket or Check the Status of Your Hearing Request Visit
**www.chicago.gov/finance**
312-744-7275    312-744-7277 (TTY - For Hearing Impaired)

MDG2017 00000656 1 SP   050   0

BAVI, SENA A
8154 S CLYDE AVE
CHICAGO, IL  60617-1115

Notice Date:   11/16/20

## VIOLATION(S)

| TICKET NUMBER(S) | PLATE/STATE/TYPE/ VEHICLE MAKE | LOCATION DATE & TIME | VIOLATION CODE(S) AND DESCRIPTION(S) | FINE AMOUNT(S) | HEARING DATE OPTIONS |
|---|---|---|---|---|---|
| 0071754924 | BU74699  IL PAS  11/21  HYUN | 1140 S WABASH AVE  10/15/20  00:50 | 0940060  PARK/STAND ON BICYCLE PATH | $150.00 | 12/07/20 THROUGH 12/11/20 |
| 0071754925 | BU74699  IL PAS  11/21  HYUN | 1140 S WABASH AVE  10/15/20  00:51 | 0976160A  MISSING/NONCOMPLIANT FRONT AND/OR REAR PLATE | $60.00 | 12/07/20 THROUGH 12/11/20 |
| 0071757653 | BU74699  IL PAS  11/21  HYUN | 7140 S WABASH AVE  10/15/20  00:21 | 0964110A1  DOUBLE PARKING/STANDING NON-CENTRAL BUSINESS DISTR | $100.00 | 12/07/20 THROUGH 12/11/20 |

**Your hearing date options are listed above.  You may appear at any of the hearing locations listed below during this time period, excluding City holidays.**

Do not pay tickets you are seeking to contest unless you wish to waive your right to the hearing you requested. The administrative law judge's decision at your hearing is final, so please bring all witnesses or evidence needed to support your defense to the hearing. Evidence can include, but is not limited to, photographs, affidavits, your state vehicle registration, or official police vehicle theft and/or recovery reports.

## HEARING LOCATIONS

**South**
2006 E. 95th St.
**Hearing Hours:**
8AM-4PM (M-F)

**North**
4445 N. Pulaski Rd.
**Hearing Hours:**
8AM-4PM (M-F)

**Central Hearing Facility**
400 W. Superior, 1st Floor
**Boot Hearings Only:**
8:30AM-4PM (M-F)
9AM-3PM (SAT)